**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| COX, et al. | : | 02-4516 |
| ARCINIEGA, et al. | : | 02-4528 |
| PARTRIDGE, et al. | : | 02-4578 |
| BAIRD, et al. | : | 02-4768 |
| ABIVA | : | 02-4833 |
| BATES, et al. | : | 02-4836 |
| ANDERSON, et al. | : | 02-4879 |
| ALFEROS, et al. | : | 02-4884 |
| BISS, et al. | : | 02-4911 |
| BRADLEY | : | 02-4930 |
| DAVIS, et al. | : | 02-4967 |
| ERICKSON, et al. | : | 02-4972 |
| GERZSENYI, et al. | : | 02-4992 |
| GONZALES, et al. | : | 02-5033 |
| GILBOARD, et al. | : | 02-5043 |
| DAVIS | : | 02-5067 |
| FEIST, et al. | : | 02-5099 |
| FUERTES, et al. | : | 02-5102 |
| HENNING, et al. | : | 02-5120 |
| GONZALES | : | 02-5155 |
| YIH, et al. | : | 02-5176 |
| VERNON, et al. | : | 02-5183 |
| TUTWILER | : | 02-5229 |
| YOUNG | : | 02-5237 |
| WELTZ | : | 02-5248 |
| ZACHERY, et al. | : | 02-5276 |
| BRYANT, et al. | : | 02-5309 |
| BUCHMAN, et al. | : | 02-5331 |
| CABANTING, et al. | : | 02-5360 |
| PORCHIA | : | 02-5378 |
| MATI | : | 02-5387 |
| JOYNER | : | 02-5433 |
| SAN FELIPPO, et al. | : | 02-5447 |
| HARDIN, et al. | : | 02-5577 |
| MCCRAY | : | 02-5649 |
| VS. | : |  |
| BAYER CORPORATION, *et al.* | : |  |

# <u>O R D E R</u>

**AND NOW,** this            day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**R. Barclay Surrick**